# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151419

SPECTRUM HEALTH HOSPITALS
and SPECTRUM HEALTH UNITED,
   Plaintiffs-Appellees,

v

             SC: 151419
             COA: 323804
WESTFIELD INSURANCE COMPANY,  Kent CC: 14-002515-AV
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 2, 2015 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether *Miller v Auto-Owners Ins Co*, 411 Mich 633 (1981), remains a viable precedent in light of *Frazier v Allstate Ins Co*, 490 Mich 381 (2011), and *LeFevers v State Farm Mut Auto Ins Co*, 493 Mich 960 (2013); and (2) if so, whether *Miller* should be overruled. The parties should not submit mere restatements of their application papers.

   The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., and the Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2016



a0126

            Clerk